MORRIS ORMAN, Plaintiff-Appellee, *v.* CONTINENTAL CASUALTY COMPANY, Defendant-Appellant.

(No. 60868;

First District (3rd Division)—June 19, 1975.

PER CURIAM.

Richard E. Mueller, David C. McLaughlin, and John J. Berwanger, all of Lord, Bissell & Brook, of Chicago, for appellant.

Nathan T. Notkin, of Denenberg and Denenberg, of Chicago, for appellee.